**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Loretta Hightower WILKINSON,**
**Defendant–Appellant**

**No. 15–50997**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 06/21/2016

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Loretta Hightower Wilkinson, San Antonio, TX, Pro Se.

Before JONES, CLEMENT, and OWEN, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Loretta Hightower Wilkinson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir. 2011). Wilkinson has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.